UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No.2:18-cr-23
                                                HON. PAUL L. MALONEY

DILLION LAWRENCE SEMASKY,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on June 1, 2018, for an initial appearance and arraignment on an indictment charging defendant with 6 counts of assault. The government moved for detention of defendant which was supported by pretrial services. The government also requested that a no contact with the victim A.B.R. provision be included in the detention order.

Defendant shall be detained pending further proceedings and shall not have contact of any kind, directly or indirectly, with the victim in this case, A.B.R.

IT IS SO ORDERED.

                                                   /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2018