UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No.2:18-cr-23
                                            HON. PAUL L. MALONEY

DILLION LAWRENCE SEMASKY,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on November 7, 2018, pursuant to the Appearance Bond and Order Setting Conditions of Release (ECF #23) after discharge from in-patient substance abuse treatment.

Pursuant to 18 USC 3143 and for reasons stated on the record:

IT IS HEREBY ORDERED that defendant's bond is revoked and defendant shall be detained pending further proceedings.

IT IS FURTHER ORDERED that defendant shall continue to not have contact of any kind, directly or indirectly, with the victim in this case, A.B.R.

IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2018